SDNY RECEIVED
PRO SE OFFICE
2022 AUG 23 PM 12: 23

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Write the full name of each plaintiff.

VIVIAN HILL

_____CV_____
(Include case number if one has been assigned)

-against-

NYC. Dept of Health & Mental Hygiene

Mental Hygiene Legal Services et al

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

(1) Civil Rights discrimination based up Afro-American, elderly + disability

(2) Refused HIPAA medical records requests

(3) Trials (tribunal held) in absentia — without plaintiff's knowledge + defendant alleging to be her attorney, violation of constitutional rights.

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Vivian Hill__ (Plaintiff's name), is a citizen of the State of

__N.Y. City__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If the defendant is a corporation: ① NYC Dept of Health + Mental Hygiene

The defendant, ② Mental Hygiene Legal Services , is incorporated under the laws of

the State of  New York

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

VIVIAN Hill
First Name     Middle Initial     Last Name

140 Claremont Ave, Apt. 1K
Street Address

N.Y,         N.Y,              10027
County, City        State              Zip Code

646-740-7707         WARRENHARRY1@gmail.com
Telephone Number     Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _New York City Dept of Health & Mental Hygiene_
First Name / Last Name

Current Job Title (or other identifying information)
_42-09 28th St, 19th Floor CN#13_
Current Work Address (or other address where defendant may be served)
_Queens         N.Y.        11101_
County, City        State        Zip Code

Defendant 2: _Mental Hygiene Legal Services_
First Name / Last Name

Current Job Title (or other identifying information)
_41 Madison Avenue 26th Floor_
Current Work Address (or other address where defendant may be served)
_New York        N.Y.        10010_
County, City        State        Zip Code

Defendant 3: _____
First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Page 4

Defendant 4: _____
              First Name              Last Name

              _____
              Current Job Title (or other identifying information)

              _____
              Current Work Address (or other address where defendant may be served)

              _____
              County, City              State           Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: _New York City_

Date(s) of occurrence: _Since 2017 → present_

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_See Attached: complaint + OSC documents, plus Exhibits._ (5 pages) (12 pages) (6 pages)

Page 5

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Brain Damage

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

1) Appoint Attorney for plaintiff from Pro Bono Panel
2) Sue for 10 million
3) Vacate ADI order

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 8/22/22                    Plaintiff's Signature: x Vivian Hill

First Name: Vivian    Middle Initial:    Last Name: Hill

Street Address: 140 Claremont Ave, Apt 1K

County, City: N.Y.    State: N.Y.    Zip Code: 10027

Telephone Number: 646-740-7707    Email Address (if available): WARRENHARRY14@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

UNITED STATES DISTRICT COURT

_____x

Vivian Hill

                            Plaintiff                                  _____CV_____(    )

    — VS.—

NYC Department of Health and Mental Hygiene          **Complaint**

Mental Hygiene Legal Services, Et AL.

                            Defendants

_____x

Southern District of New York

The Honorable_____USDJ

   The defendants illegally withheld Vivian Hill's medical records starting in 2017— (denying HIPAA and Patient Rights petitions). They concealed their wrongdoing and **Obstructed Justice.**

   These defendants maliciously **denied discovery** and prohibited Vivian an agent's support and legal document rights)—violating New York State and Federal Laws. It precluded an adequate defense, getting able counsel, and prevented proper medical treatment and monitoring—adversely affecting Plaintiff's health and welfare.

1

- *Vivian Hill got discriminated against and (retaliated) by the defendants for filing written complaints and seeking justice from racial discrimination based upon her being Afro-American, elderly, and partially disabled.*

- ~~*The defendants assigned people to make fabricated petitions and*~~ *misrepresented the usage and the legal statutes.*

- *The defendant's petitioners didn't establish (a good/valid clinical or legal relationship) and never met the Plaintiff in many instances.*

- *The petitioners/signers of affidavits did not fulfill their obligations to testify in person. No doctor accuser testified in court; therefore (AOT)s were wrongfully obtained.*

- *At other times, attorneys amongst the defendants fraudulently alleged to represent Plaintiff without her permission—to the detriment and benefit of her adversaries.*

### Corruption

- **Likewise sinister, the defendants conspired together, holding unethical meetings between the Mount Sinai Hospital attorney, the Bridge Inc., plus New York State and New York City lawyers (who, by law, were supposed to monitor the other defendants). Instead, there was a racketeer/gang-up with them, plotting to harm Vivian Hill.**

2

- **The defendants E-mailed themselves (as evidence shows) and had conferences on** *coordinating efforts* **against the Plaintiff's lawsuit that seeks to free herself of the defendant's tyranny.**

- ~~**Each defendant would rotate to file separate petitions annually (***for the same relief***)—to circumvent New York State's one-year time limitations.**~~

- **The defendants conspired to circumvent the Patient Bill of Rights Law mandates—to place Vivian Hill for indefinite detentions/supervisions/ custody violating Habits Corpus Federal law.**

- **Defendant's repeated medical/malpractice failures do not warrant a right to continue the same course of action. Instead, they blame the victim. If only Plaintiff did XYZ (What the Defendants did to Plaintiff would not have resulted in failures) is their mantra.**

### Causes of Action

Justice matters! During the defendant's malpractices and physical attacks, the defendants caused Vivian Hill to be permanently injured, with pain and suffering. They slandered and defamed, did perjury and fraud, falsely imprisonment, and deprived her of Patient Rights. They denied her HIPAA-requested medical records and deprived the Empire Blue Cross Blue Shield Company of clinical information to assess insurance coverages. They injected Vivian Hill with medications and **(COVID-vaccine)** against Plaintiff's objections and discriminated against Plaintiff based upon her Afro-American

3

race, elderly age, and disability. They likewise violated Plaintiff's Fourth Amendment Rights.

The complaint plus Plaintiff's OSC evidence) is undisputed proof the defendants: Illegally met together and conspired to entrap Plaintiff, keep her in indefinite bondage, did perjuries and frauds to keep the scam going- to get AOTs renewals.

## Frauds—Human Bandage Levies and Raids
## (Akin to imposing and enforcing "Slavery").

- The defendants created their laws—violating those of New York State (they quoted) to justify their actions.

- The defendants and their allies used fear, intimidation, and coopted authorities to get Vivian Hill's home broken into - and she took to hospitals, without proof, upon the whims, and mere requests, of her adversaries. All the accuser had to do was (allege she was not cooperating with AOT)—**such as not attending a meeting**.

- It could be a second or third hand, or even unidentified person—to a source allegedly the non-for-profit defendant company. At which point, they got the raid request unethically cosigned by the collaborator defendant.

- Such is (not) a legal basis to have someone transported to a hospital. Only if the person had medical reasons for transport is the legal basis in New York State law.

4

- The doctors at a hospital are to make independent determinations.

- However, hospital release determinations got made between and with several outsides of hospital adversaries bias against Plaintiff.

- The release determinations got predicated upon compliance to Carte Blanche's - varied treatments of another agency that conflicted with what got done at the hospital. Consequently, the defendants created independent expectations and treatments from several sources (they expected Plaintiff to fulfill at the same time) calamities.

Plus, Plaintiff, suffering over the past five years, their attacks upon her home, and she got physically assaulted by two defendant/allied employees, now sues the defendants for ten million dollars.

An amended complaint is to follow up on the appointment of Plaintiff's attorney.

Respectfully,

*Vivian Hill*

Vivian Hill                                              Date: August 22, 2022
Tel. 646-740-7707
warrenmharry1@gmail.com
140 Claremont Ave. Apt. 1K
New York, NY 10027

5