UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIVIAN HILL,<br><br>                          Plaintiff,<br><br>-against-<br><br>NYC DEPT. OF HEALTH & MENTAL HYGIENE; MENTAL HYGIENE LEGAL SERVICES,<br><br>                         Defendants. | 22-CV-7203 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 8, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 8, 2023
            New York, New York

                                                     /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                         Chief United States District Judge